UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN ANDINO, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | No. 5:19-cr-00001-03 |
| | : | No. 5:22-cv-02138 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**O R D E R**

**AND NOW**, this 28th day of June, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Vacate Sentence, ECF No. 245, is **DENIED and DISMISSED.**

2. The Clerk shall **CLOSE** the above-captioned cases.

3. There is no basis for a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge