UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWIN ANDINO,<br>       Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>       Respondent. | :<br>:<br>:<br>:  No. 5:19-cr-00001-03<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 10th day of September, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Petitioner's motion for relief from judgment pursuant to Rule 60(b), ECF No. 278, is **DENIED and DISMISSED**.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] To the extent the motion could be construed as a successive petition under 28 U.S.C. § 2244, a certificate of appealability is denied because Andino has not made a substantial showing of the denial of a constitutional right, nor would jurists of reason find the Court's assessment debatable or wrong.